**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SERGEI MARTYNIUK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-2289-HE |
| | ) | |
| WARDEN OF DIAMONDBACK CORRECTIONAL FACILITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On October 19, 2026, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation [Doc. #15], recommending the court grant in part petitioner's habeas petition under 28 U.S.C. § 2241 and order respondents to provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days or otherwise release petitioner if he has not received a bond hearing within that period. He advised the parties of their right to object to the Report and Recommendation by October 26, 2026, and the consequences for failure to make timely objection to the Report and Recommendation.

No objection has been filed. With no timely objection filed, the right to appellate review of the factual and legal issues contained in the Report and Recommendation is waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #15] is **ADOPTED**. The petition for writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1] is **GRANTED in part**. Respondents are **ORDERED** to provide petitioner with a bond hearing under 8 U.S.C.

§ 1226(a) **within seven calendar days** or otherwise release petitioner if he has not received a bond hearing with that period.

In light of the court's ruling, petitioner's motion for temporary restraining order and order to show cause [Doc. #2] is **DENIED as MOOT**.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 9th day of November, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE